```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 33048
   WILLIE L MOTON JR
   KATHY MOTON                                    CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-9201     SSN XXX-XX-8815


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/07/04 and confirmed on 11/19/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  41458.87 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WICKES | SECURED | 1000.00 | .00 | 1000.00 |
| STARWOOD VACATION OWNERS | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2422.59 | .00 | 2422.59 |
| AT&T MOBILITY LLC | UNSECURED | 811.71 | .00 | 811.71 |
| AMERICA ONE | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BROADSTREET | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1014.70 | .00 | 1014.70 |
| CITIFINANCIAL | UNSECURED | 3083.20 | .00 | 3083.20 |
| COMMUNITY TRUST CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | 2041.78 | .00 | 2041.78 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | .00 | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| NIEMAN MARCUS | UNSECURED | 631.06 | .00 | 631.06 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 4628.58 | .00 | 4628.58 |
| TRACKERS FIRST MIDWEST B | UNSECURED | NOT FILED | .00 | .00 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 20350.84 | .00 | 20350.84 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1273.50 | .00 | 1273.50 |

```
JOSEPH A MACALUSO           FILED LATE         .00              .00              .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1000.00      2422.59     33835.37          .00      37257.96
PRINCIPAL PAID      1000.00      2422.59     33835.37          .00      37257.96
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID          1000.00      2422.59     33835.37          .00      37257.96
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   2700.00
and was paid $    242.00  direct and $   2458.00   through the plan.

The Trustee received $   1729.92 .

Refunds to the Debtor totaled $      12.99 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 04 B 33048 WILLIE L MOTON JR & KATHY MOTON